# ATTACHMENT C

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## NIBIN Enforcement Support System (NESS)
**Crime Gun ID:** ▮

| Recovered: Yes  Caliber: 9 mm | Firearm Type: Pistol  Manufacturer: Taurus  Model: PT111 G2A  Serial number: AEC174567 | Most Recent Trace Data  FTS ID: M20230209224; T20230342694  Purchase date: 4/25/2023   Time to 1st shooting: 15 days | Additional Data  Stolen gun:  Legacy Gun ID(s):  IR Tracking #: IR762000083 |
|---|---|---|---|

| Event Order | LE Agency | LE Case # | NIBIN Case #/Exhibit #/Type | Event Date/Time | Crime Type | LE Partner | Location | Involved People | Linked Crime Guns |
|---|---|---|---|---|---|---|---|---|---|
| 2 | MA-BOSTON CITY PD BALLISTICS UNIT | ▮ | 23-1000  6  Test Fire | 06/20/2023 01:10 (ET) | Illegal Possession/Sale | | Columbia Rd & Bellevue St, Dorchester, MA, 02125 | ▮  Travon Brunson (PUR)  ▮ | |
| | Summary: | 6/20/23 @1:10 AM, Columbia Rd. associate ▮ (DOB: ▮99; 209 Manchester St., Fall River) was arrested on firearm charges following a traffic stop of MA Reg. ▮ at Columbia Rd. / Bellevue St. A Taurus Arms G2C 9mm firearm (serial # AEC174567) with an extended magazine and a pocketknife were recovered. ▮ (DOB: ▮00; 21 Hancock St.) was also present in the vehicle and was cited for Carrying a Dangerous Weapon (knife) and VALS. | | | | | | | |
| | | | | **Days Between Events: 41 days** | | | | | |
| 1 | MA-BOSTON CITY PD BALLISTICS UNIT | ▮ | 23-0735  3  Casing | 05/10/2023 00:18 (ET) | Assault | | 60 Humphreys Street, Dorchester, MA, 02125 | ▮ (V)  ▮ (V) | |
| | Summary: | 5/10/23 @ 12:18 AM, Columbia Point associate ▮ (DOB: ▮89; 7 Edna Rd.) was found suffering from multiple gunshot wounds in front 7 Stoughton St. (The Dublin House) and was transported to BMC. ▮ (DOB: ▮/00; 25 Wheatland Ave.) was found suffering from a non-life-threatening gunshot wound inside MA Reg. ▮ and was transported to TMC. They reported the incident occurred in front of 60 Humphreys St. while they were driving to the Dublin House. (3) spent shell casings and (2) live rounds were recovered at 60 Humphreys St. | | | | | | | |

*Be advised that this document is to be used for investigative purposes only. NESS data reflects a compilation of information from multiple data sources. This document should not be relied upon as evidence and investigators should collect original reports for any evidentiary purposes. No information contained herein may be duplicated, reproduced, or disseminated without the express authorization of ATF.*

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives



| Days Between Events: NA |
|---|

*Be advised that this document is to be used for investigative purposes only. NESS data reflects a compilation of information from multiple data sources. This document should not be relied upon as evidence and investigators should collect original reports for any evidentiary purposes. No information contained herein may be duplicated, reproduced, or disseminated without the express authorization of ATF.*