UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | 24-cr-10001-LTS | |
| | ) | | |
| AIZAVIER ROACHE | ) | | |

**NOTICE OF APPEAL**

    Defendant Aizavier Roache hereby appeals his sentence to the United States Court of Appeals for the First Circuit. Judgment entered February 7, 2025.

                              Respectfully submitted,
                              QUENTY OGANDO
                              By his attorney,

                              *Joshua Hanye*
                              Joshua Hanye
                              BBO # 661686
                              Federal Public Defender Office
                              51 Sleeper Street, 5th Floor
                              Boston, MA 02210

**Certificate of Service**

    I, Joshua R. Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as Identified on the Notice of Electronic Filing ("NEF").

Date: <u>February 13, 2025</u>                               */s/ Joshua R. Hanye*
                                                                         Joshua R. Hanye